■ CYNTHIA H. LEHMAN, Appellant, v ROBERT O. LEHMAN, Respondent, et al., Defendants.—Upon stipulation of parties dated January 22, 1988, appeal from order of Supreme Court, New York County (Robert White, J.), entered on February 27, 1987, unanimously withdrawn with prejudice, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENEDETTO GIAMBRONE, Appellant.—Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered on January 6, 1986, unanimously affirmed. Motion by District Attorney, New York County, to strike certain points of defendant-appellant's reply brief denied. No opinion. Concur—Sullivan, J. P., Ross, Kassal, Rosenberger and Smith, JJ., concur.